UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-00207 |
| | ) JUDGE HAYNES |
| | ) |
| LATONE ANTWAIN BRITTON | ) |

### AGREED MOTION TO CONTINUE SUPPRESSION HEARING

With the agreement of counsel for the Government, Defendant Latone Britton files this motion to continue his suppression hearing that is set for July 20, 2012.

Britton asks that the Court continue the suppression hearing by approximately one month. The parties request the additional month in order to further pursue settlement negotiations and in order to give Britton and counsel adequate time to review a recording that is relevant to the suppression hearing. Assistant United States Attorney Alex Little has reviewed this motion and agrees with the request for a continuance.

The parties respectfully propose that the hearing be reset for one of the following times:

1. Monday, August 13, 2012;

2. Tuesday, August 14, 2012, in the afternoon; or,

3. Monday, August 20, 2012.

If the proposed dates are not manageable, the parties stand ready to propose dates at a later time.

For the foregoing reasons, Britton, with the agreement of the Government, respectfully moves to continue the suppression hearing.