IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Case No. 3:11-000207 (1) |
| | ) | Judge Haynes |
| LATONE BRITTON | ) | |

### AGREED ORDER SETTING MOTION TO SUPPRESS

Come now counsel for the Defendant Latone Britton, Barry R. Tidwell, and counsel for the Government, Van Vincent, and, subject to the Court's approval, would submit this Agreed Order setting the Motion to Suppress in this case for **October 18, 2013, at 1:00 p.m.**

This Agree Order is filed pursuant to the Court's previous Order directing the parties to file and agreed order for a hearing on the motion to suppress. (DE 72).

_____
Chief Judge William J. Haynes, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance has been delivered to all parties so designated to receive notice via the ECF/CM filing system on this the 29th day of August, 2013.

/s/ Barry R. Tidwell
Barry R. Tidwell